MARCUS A. BERG, ESQ.
Nevada Bar No. 9760
marcus@mossberglv.com
JOHN C. FUNK, ESQ.
Nevada Bar No. 9255
john@mossberglv.com
MOSS BERG INJURY LAWYERS
4101 Meadows Lane, Suite 110
Las Vegas, Nevada 89107
Telephone: (702) 222-4555
Facsimile: (702) 222-4556
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARY ANN DURLING,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC, a Foreign Limited-Liability Company; DOE EMPLOYEE; ROE CONTRACTOR; ROE MAINTENANCE COMPANY; ROE PAINTING COMPANY; DOES II through X; and ROE CORPORATIONS IV through X, inclusive,<br><br>　　　　　Defendants. | Case No. 2:21-cv-02154 - GMN-VCF<br><br>**STIPULATION AND ORDER TO WITHDRAW PLAINTIFF'S MOTION TO REMAND** |

　　IT IS HEREBY STIPULATED between the parties and their respective counsel, that Plaintiff be allowed to withdraw her Motion to Remand without prejudice filed on December 14, 2021- Document #6.

1

DATED this __6th__ day of January, 2022.

MOSS BERG INJURY LAWYERS

/s/ MARCUS A. BERG
MARCUS A. BERG, ESQ.
Nevada Bar No.9760
JOHN C. FUNK, ESQ.
Nevada Bar No.9255
4101 Meadows Lane, Ste. 110
Las Vegas, NV 89107
*Attorneys for Plaintiff*

DATED this _6th___ day of January, 2022.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/S/ VIVIENNE RAKOWSKY
LAUREEN P. FRISTER, ESQ.
Nevada Bar No. 13217
VIVIENNE RAKOWSKY. ESQ.
Nevada Bar No. 9160
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118
*Attorneys for Defendant Lowe's Home Centers, LLC*

**ORDER**

**IT IS SO ORDERED.**

Dated this __11__ day of January, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2