LAUREEN P. FRISTER, ESQ.
Nevada Bar No. 13217
Vivienne Rakowsky, Esq.
Nevada Bar No. 9160
E-Mail: Laureen.Frister@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant Lowe's Home Centers, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARY ANN DURLING,<br><br>  Plaintiff,<br><br>vs.<br><br>LOWE'S HOME CENTERS, LLC., a Foreign Limited-Liability Company; DOE EMPLOYEE; ROE CONTRACTOR; ROE MAINTENANCE COMPANY; ROE PAINTING COMPANY; DOES II through X; and ROE CORPORATIONS IV through X, inclusive,<br><br>  Defendants. | CASE NO. 2:21-cv-02154-ART-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(FIRST REQUEST)** |

Defendant LOWE'S HOME CENTERS, LLC ("Defendant") and Plaintiff MARY ANN DURLING, by and through their respective counsel, and pursuant to Local Rule 26-3, stipulate to modify their discovery plan as follows:

1. Plaintiff filed her Complaint in the Eighth Judicial District Court for Clark County, Nevada on September 23, 2021. Defendant LOWE'S HOME CENTERS, LLC. removed said case to the U.S. District Court for the District of Nevada on December 7, 2021. (Doc. 1).

2. On December 14, 2021, Plaintiff filed a Motion for Remand. ECF No. 6. Lowe's opposed the motion for remand and filed its response on December 28, 2021. Plaintiff filed its response brief on December 28, 2021. ECF No. 8. On January 6, 2022, Parties entered a stipulation

4859-0176-8229.1

to withdraw the motion to remand. ECF No. 9. On January 6, 2022, the Parties filed a Joint Status Report. ECF No. 11. On January 11, 2022, the Court issued an order granting the Stipulation and withdrawing Plaintiffs Motion to Remand. ECF No. 11.

3. The parties held their F.R.C.P. 26 conference on December 17, 2021, and in compliance with F.R.C.P. 26(f) and LR 26-1(e) filed their initial Stipulated Discovery Plan and Scheduling Order on February 19, 2020.  (Doc. 14).

3. On March 25, 2022, the Magistrate approved the following discovery plan (Doc. 15):

| | |
|---|---|
| Last day to amend pleadings/add parties: | July 5, 2022 |
| Plaintiff's expert disclosure: | July 5, 2022 |
| Defendant's expert disclosure | August 4, 2022 |
| Rebuttal expert disclosure: | September 5, 2022 |
| Last day of discovery: | October 4, 2022 |
| Dispositive motions: | November 3, 2022 |
| Joint Pretrial Order: | December 5, 2022 |

5. In compliance with Local Rule 26-3, the parties provide the following information regarding the discovery status:

    a. <u>Discovery Completed</u>:

        i. Initial disclosures of witnesses and documents were exchanged; and

        ii. Defendants have propounded written discovery.

        iii. Plaintiff has conducted an inspection of the location where Plaintiff tripped and fell.

    b. <u>Discovery that remains to be completed</u>:

Additional time is needed for the following discovery;

        i. Depositions of the parties, F.R.C.P. 30(b)(6) witnesses, fact witnesses, Plaintiff's treating physicians, and experts;

        ii. Disclosure of initial and rebuttal experts; and

          iii.      Defendants are still in the process of obtaining Plaintiff's pre- and post-accident medical records.

    c.      <u>Reasons why discovery was not completed</u>:

This case concerns a trip and fall over a concrete parking lot bumper. The backlog that developed from the COVID-19 pandemic has resulted in slower responses from the providers that gather medical records and imaging that must be provided to the experts. Many of the experts are overwhelmed and need additional time to provide reports, as litigation has picked up in recent months. Plaintiff has two trials scheduled for July 2022, and as a result, Defendants are unable to schedule Plaintiffs deposition or other witness depositions until August 2022 at the soonest. Accordingly, good cause exists for an extension of the discovery deadlines by ninety (90) days is necessary.

    d.      <u>Proposed schedule for completion of remaining discovery</u> (extension of remaining deadlines by approximately 90 days):

| | |
|---|---|
| Last day to amend pleadings/add parties: | July 5, 2022 |
| Plaintiff's expert disclosure: | October 3, 2022 |
| Defendant's expert disclosure | November 2, 2022 |
| Rebuttal expert disclosure: | December 5, 2022 |
| Last day of discovery: | January 3, 2023 |
| Dispositive motions: | February 1, 2023 |
| Joint Pretrial Order: | March 6, 2023 |

///

///

///

///

RESPECTFULLY SUBMITTED BY THE FOLLOWING COUNSEL OF RECORD:

DATED this 17th day of June, 2022.   DATED this 17th day of June, 2022.

MOSS BERG INJURY LAWYERS   LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Marcus A. Burg   /s/ Laureen P. Frister

MARCUS A. BURG, ESQ.
Nevada Bar No.
JOHN C. FUNK, ESQ.
Nevada Bar No.
4101 Meadows Lane, Ste. 110
Las Vegas, NV 89107
*Attorneys for Plaintiff*

LAUREEN P. FRISTER, ESQ.
Nevada Bar No. 13217
VIVIENNE RAKOWSKY, ESQ.
Nevada Bar No. 9160
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118
*Attorneys for Defendant Lowe's Home Centers, LLC*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 22, 2022

4859-0176-8229.1

4

**Quintana, Lucille**

---

**Subject:** FW: Durling.  stipulation and order  to extend discovery (first) 4859-0176-8229 v.1.pdf

---

**From:** Tonya Baltazar <Tonya@mossberglv.com>
**Sent:** Tuesday, June 21, 2022 10:17 AM
**To:** Rakowsky, Vivienne <Vivienne.Rakowsky@lewisbrisbois.com>; Marcus Berg <Marcus@mossberglv.com>; John Funk <John@mossberglv.com>
**Cc:** Frister, Laureen <Laureen.Frister@lewisbrisbois.com>
**Subject:** [EXT] RE: Durling. stipulation and order to extend discovery (first) 4859-0176-8229 v.1.pdf

Marcus said you can e-sign for him.

Thanks

---

**From:** Rakowsky, Vivienne <Vivienne.Rakowsky@lewisbrisbois.com>
**Sent:** Monday, June 20, 2022 5:07 PM
**To:** Marcus Berg <Marcus@mossberglv.com>; John Funk <John@mossberglv.com>
**Cc:** Tonya Baltazar <Tonya@mossberglv.com>; Frister, Laureen <Laureen.Frister@lewisbrisbois.com>
**Subject:** Durling. stipulation and order to extend discovery (first) 4859-0176-8229 v.1.pdf

Good Afternoon:

I have attached a draft of a stipulation and Order to extend discovery in the Durling matter.  Please review and let me know if we can affix your e-signature and submit it to the Court.

Thanks and let me know if you have any questions

Sincerely,
Vivienne



**Vivienne Rakowsky**
Attorney
Vivienne.Rakowsky@lewisbrisbois.com

**T: 702.693.4310  F: 702.366.9563**

6385 South Rainbow Blvd., Suite 600, Las Vegas, NV 89118  |  **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.