**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| Mary Ann Durling, | 2:21-cv-02154-ART-VCF |
| Plaintiff, | |
| vs. | **Order** |
| Lowe's Home Centers LLC., et al., | |
| Defendants. | |

The parties filed motions to strike and to extend. ECF Nos. 29 and 31.

Accordingly,

I ORDER that an in-person hearing on the motions to extend (ECF No. 29) and to strike (ECF No. 31) is scheduled for 1:00 PM, August 21, 2023, in Courtroom 3D.

IT IS ORDERED.

DATED this 3rd day of August 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE