UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARY ANN DURLING, | CASE NO. 2:21-cv-02154-ART-VCF |
| Plaintiff, | |
| vs. | |
| LOWE'S HOME CENTERS, LLC., a Foreign Limited-Liability Company; DOE EMPLOYEE; ROE CONTRACTOR; ROE MAINTENANCE COMPANY; ROE PAINTING COMPANY; DOES II through X; and ROE CORPORATIONS IV through X, inclusive, | **ORDER GRANTING** <br><br> STIPULATION FOR DISMSSAL WITH PREJUDICE |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff MARY ANN DURLING ("Plaintiff") and Defendant LOWE'S HOME CENTERS, LLC ("Defendant"), by and through their respective counsel of record, that the above-entitled action shall be dismissed with prejudice, with the parties to bear their own costs and attorneys' fees;

///

///

///

///

///

129449480.1

IT IS FURTHER STIPULATED AND AGREED that the parties may obtain, if applicable, the return of their jury demand fees previously submitted to the Court.

DATED this 20th day of Sept, 2023.                DATED this 19th day of September, 2023.

MOSS BERG INJURY LAWYERS                          LEWIS BRISBOIS BISGAARD & SMITH LLP

                                                  /s/ Laureen P. Frister

_____                       _____
MARCUS A. BERG, ESQ.                              LAUREEN P. FRISTER, ESQ.
Nevada Bar No. 9760                               Nevada Bar No. 13217
JOHN C. FUNK                                      VIVIENNE RAKOWSKY, ESQ.
Nevada Bar No. 9255                               Nevada Bar No. 9160
4101 Meadows Lane, Suite 110                      6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89107                           Las Vegas, NV 89118
*Attorneys for Plaintiff*                         *Attorneys for Defendants*

### ORDER

Upon stipulation of the parties, by and through their respective counsel of record:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action be dismissed with prejudice, with each party to bear their own costs and attorneys' fees; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that jury fees deposited by the parties, be returned, if applicable. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

_____
Anne R. Traum
United States District Court Judge

DATED: September 25, 2023.

///
///

129449480.1                                       2